W____ S_|__ NP____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:07CR63 |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| v. ) | |
| ) | 29 U.S.C. § 501 (c) |
| THOMAS E. SALTZMAN, ) | |
| Defendant. ) | |

The Grand Jury charges:

## COUNT I

Between on or about the 5th day of September, 2001, and on or about the 30th day of November, 2006, THOMAS E. SALTZMAN, the defendant herein, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use, or the use of another, any of the moneys, funds, securities, property, and other assets of a labor organization of which he was then an officer, or by which he was then employed, directly or indirectly.

In violation of Title 29 U.S.C. § 501 (c).

A TRUE BILL

_____
FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MICHAEL D. WELLMAN
Assistant U.S. Attorney