# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | 8:07CR63 |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | ORDER |
| ) | |
| THOMAS E. SALTZMAN,     ) | |
| ) | |
| Defendant.     ) | |

This matter is before the court on the oral motion of the government to exclude time under the Speedy Trial Act in this matter from the time of the defendant's first appearance on March 16, 2007 until April 11, 2007. When the defendant first appeared before the court on March 16, 2007, he was not represented by counsel and requested additional time in which to retain counsel. The defendant next appeared on April 11, 2007, with retained counsel, and the defendant was arraigned.

**IT IS ORDERED:**

1. The motion for an exclusion of time is granted.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from March 16, 2007 through April 11, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant wished additional time to employ counsel and that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11h day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge