IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )          8:07CR63
                                )
       v.                       )
                                )
THOMAS E. SALTZMAN,             )          ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 12). The Court has been advised defendant will file a written waiver of speedy trial. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, July 16, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The additional time will give counsel adequate time to pursue plea negotiations and will accommodate the Court's schedule. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 4, 2007, and July 16, 2007, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court