IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>THOMAS E. SALTZMAN,<br><br>          Defendant. | CASE NO. 8:07CR63<br><br>ORDER TO RELEASE GARNISHMENT |

This matter is before this Court on the government's Motion to Release Garnishment (Filing No. 43). The government moves for an order releasing the garnishment against D & I Railroad, (Attn: Steve Mousel), 300 S. Philips Ave., #200, Sioux Falls, SD 57104 with respect to the Defendant, Thomas E. Saltzman, 3405 Lemesa Way, South Sioux City, NE 68776. Upon review of the matter, the court finds that the motion should be granted.

IT IS ORDERED that:

1. The government's Motion to Release Garnishment (Filing No. 43) is granted;

2. Garnishee D & I Railroad is released; and

3. The Clerk of the Court shall mail a copy of this order to the Defendant, the Garnishee, and the U.S. Attorney's Office.

DATED this 18th day of June, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge