IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>THOMAS E. SALTZMAN,<br><br>      Defendant. | 8:07CR63<br><br>ORDER TO RELEASE GARNISHMENT |

    This matter is before the Court on the motion of the plaintiff, United States of America, for an order releasing the garnishment against American Funds Service Co., 6455 Irvine Center Dr., Irvine, CA 92618 ([Filing No. 51](#)).  The Court finds the motion should be granted.  Accordingly,

    IT IS ORDERED that the garnishment against American Funds Service Co. is released.

    DATED this 14th day of August, 2014.

                  BY THE COURT:

                  /s/ Lyle E. Strom
                  _____
                  LYLE E. STROM, Senior Judge
                  United States District Court