IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   vs.<br><br>THOMAS E. SALTZMAN,<br><br>             Defendant. | 8:07CR63<br><br>ORDER TO RELEASE GARNISHMENT |

This matter is before the Court on the motion of the plaintiff, United States of America, for an order releasing the garnishment against Capital Bank and Trust, 333 South Hope St., 55th Floor, Los Angeles, CA 90071; American Funds Service Co. 6455 Irvine Center Dr., Irvine, CA 92618; and L.G. Everist, Inc., 300 S. Philips Ave., #200, Sioux Falls, SD 57104 ([Filing No. 64](#)).

IT IS HEREBY ORDERED that the garnishment against Capital Bank and Trust, American Funds Service Co., and L.G. Everist, Inc. is released.

DATED this 11th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court