IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| Thomas Saltzman, | 8:07CR63 |
| Defendant., | |
| And | |
| D & I Railroad Company, | |
| Garnishee. | |

AMENDED GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, D & I Railroad Company, 300 S. Phillips Ave. #200, Sioux Falls, SD 57104, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on December 29, 2014, stating that at the time of the service of the Writ he had in his possession or under his control non-exempt property belonging to and due defendant, Thomas Saltzman, ------------------, South Sioux City, NE 68776, and that garnishee was indebted to defendant.

On December 31, 2014, the defendant was notified of his/her right to a hearing and he/she has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay $150.00 per pay period of the defendant's disposable earnings to plaintiff, United States of America.  Payments will be made payable to the *Clerk of the District Court*, and delivered to the Clerk of the District Court, Hruska US Courthouse, 111 So. 18th Plaza, Suite 1152, Omaha, NE  68102-

1322. Said payments are to continue until (A) a court order quashing the writ of garnishment; (B) exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial non-exempt interest (including non-exempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or (C) satisfaction of the debt with respect to which the writ is issued.

The Clerk of the Court shall mail a copy of this Order to the Defendant, the Garnishee, and the U.S. Attorney's Office.

DATED this 9th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court