IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR63 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS E. SALTZMAN, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| D & I RAILROAD COMPANY, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to release garnishment (Filing No. 77) against D & I Railroad Company, 300 South Phillips Avenue, #200, Sioux Falls, SD 57104. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. The garnishment against D & I Railroad Company is released.

DATED this 5th day of October, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court